AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| JERRY WAYNE ROLAND | ) | |
| *Plaintiff* | ) | Civil Action No. 4:12-cv-00099-GHD-DAS |
| v. | ) | U.S. Northern District Court, Greenville Division |
| HUMPHREYS COUNTY, MISSISSIPPI, et al. | ) | (If the action is pending in another district, state where:) |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: **Signal International—Human Resource Department**   Phone: (228) 549-1469
   **3401 Jerry Street Pe Highway, Pascagoula, Mississippi 39568**

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

A copy of any and all documents concerning the personnel records of Jerry Wayne Roland, including, but not limited to, all applications for employment, test results, dates of service, pay raises, salary, benefits, medical records, days absent/tardy, and reasons therefore, date of termination, reasons therefore, any correspondence and any and all other records, whether written, printed or typed, that are included in the personnel file.

| Place: **Phelps Dunbar Law Firm, Attention: Sally Barnett, P.O. Box 16114, Jackson MS 39236-6114** | Date and Time: **Friday, June 14, 2013, 9:00 a.m. CST** |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Place:                                                                                   Date and Time:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 6/3/13

CLERK OF COURT                    OR

_____            _____
*Signature of clerk or Deputy Clerk*                    *Attorney Signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Defendants Humphreys County, Mississippi, Sheriff J.D. Roseman, and Deputy Sam Dobbins**, who issues or requests this subpoena, are:

Jason T. Marsh; MB #102986, Phelps Dunbar, LLP, 4270 I-55 North; Jackson, MS 39211; 601-352-2300; marshj@phelps.com

PD.9716413.1

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (page 2)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title if any)* Signal International - HR Dept
was received by me on *(date)* 6/3/2013.

☑ I served the subpoena by delivering a copy to the named person as follows: hand-deliver by certified mail with U.S. Postal Service

on *(date)* 6/3/2013 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0 .

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 6/3/2013

*Sally Barnett*
*Server's signature*

Sally Barnett-Paralegal
*Printed name and title*

4270 I-55 North, Jackson MS 39211
*Server's address*

Additional information regarding attempted service, etc:

PD.9726517.1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Signal International
Attn: Human Resource Dept.
3401 Jerry St. Pe Hwy
Pascagoula MS 39568

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cynthia Perry*
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
Cynthia Perry

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7011 3500 0002 3028 4875

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540