AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi
Greenville Division

| JERRY WAYNE ROLAND | ) | |
|---|---|---|
| *Plaintiff* | ) | Civil Action No. 4:12-cv-00099-GHD-DAS |
| v. | ) | |
| HUMPHREYS COUNTY, MISSISSIPPI, et al. | ) | (If the action is pending in another district, state where:) |
| *Defendants* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: **Indianola Police Department**
**Attention: Police Chief**
**300 Second Street**
**Indianola MS 38751**

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

**A "CERTIFIED" copy of any and all records, files and documents on any investigation, arrests, charges or information on Jerry Wayne Roland.**

| Place: This Subpoena maybe complied with by mailing documents to Phelps Dunbar Law Firm, Attention: Sally Barnett, P.O. Box 16114, Jackson MS 39236 | Date and Time: 6/14/13 9:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Place:                                                                 Date and Time:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 6/3/13

CLERK OF COURT

OR

_____              _____
*Signature of clerk or Deputy Clerk*                           *Attorney Signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Defendants Humphreys County, MS, Sheriff J.D. Roseman, and Deputy Sam Dobbins**, who issues or requests this subpoena, are:

**Jason T. Marsh; MB #102986; 4270 I-55 North; Jackson, MS 39211-6391; 601-352-2300; jason.marsh@phelps.com**

PD.9726198.1

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (page 2)

Civil Action No. 4:12-cv-00099-GHD-DAS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title if any)* __Indianola Police Department__
was received by me on *(date)* __6/3/2013__.

☑ I served the subpoena by delivering a copy to the named person as follows: __by "Certified" Mail with the U.S. Postal Service__
on *(date)* __6/3/2013__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ __0__.

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

Date: __6/3/2013__

__Sally Barnett__
Server's signature

__Sally Barnett - Paralegal__
Printed name and title

__4270 I-55 N., Jackson MS 39211__
Server's address

Additional information regarding attempted service, etc:

PD.9726198.1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Mimeka Jay_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Mimeka Jay_    C. Date of Delivery _6-4-13_<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Indianola Police Dept.<br>Attn: Police Chief<br>300 Second St.<br>Indianola, MS 38751 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7011 3500 0002 3028 4912 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540