AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi
Greenville Division

| | | |
|---|---|---|
| JERRY WAYNE ROLAND | ) | |
| *Plaintiff* | ) | Civil Action No. 4:12-cv-00099-GHD-DAS |
| v. | ) | |
| HUMPHREYS COUNTY, MISSISSIPPI, et al. | ) | (If the action is pending in another district, state where:) |
| *Defendants* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: **Sunflower County Sheriff's Department**
**Attention: Sheriff**
**1300 Allen Road**
**Indianola MS 38751**

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

**A "CERTIFIED" copy of any and all records, files and documents on any investigation, arrests, charges or information on Jerry Wayne Roland.**

| Place: **This Subpoena maybe complied with by mailing documents to Phelps Dunbar Law Firm, Attention: Sally Barnett, P.O. Box 16114, Jackson MS 39236** | Date and Time: **6/14/13 9:00 a.m.** |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Place: Date and Time:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 6/3/13

CLERK OF COURT

OR

_____  _____
*Signature of clerk or Deputy Clerk*      *Attorney Signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Defendants Humphreys County, MS, Sheriff J.D. Roseman, and Deputy Sam Dobbins**, who issues or requests this subpoena, are:

**Jason T. Marsh; MB #102986; 4270 I-55 North; Jackson, MS 39211-6391; 601-352-2300; jason.marsh@phelps.com**

PD.9732189.1

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (page 2)

Civil Action No. 4:12-cv-00099-GHD-DAS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title if any)* Sunflower County Sheriff's Dept.
was received by me on *(date)* 6/3/2013 .

☑ I served the subpoena by delivering a copy to the named person as follows: by "certified" Mail with the U.S. Postal Service
_____ on *(date)* 6/3/2013 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0 .

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 6/3/2013

*Sally Barnett*
Server's signature

Sally Barnett - Paralegal
Printed name and title

4270 I-55 N., Jackson MS 39211
Server's address

Additional information regarding attempted service, etc:

PD.9732189.1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sunflower County Sheriff's Dept.
Attn: Sheriff James Haywood
1300 Allen Rd.
Indianola MS 38751

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Lisa Nance*  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): LISA NANCE
C. Date of Delivery: 6/4/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7011 3500 0002 3028 4936

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540