AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi
Greenville Division

| | |
|---|---|
| JERRY WAYNE ROLAND ) | |
| _Plaintiff_ ) | Civil Action No. 4:12-cv-00099-GHD-DAS |
| v. ) | |
| HUMPHREYS COUNTY, MISSISSIPPI, et al. ) | (If the action is pending in another district, state where:) |
| _Defendants_ ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: **F.B.I.**
**Attention: Agent Norman Comeaux**
**1220 Echelon Parkway**
**Jackson MS 39213**

☒ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

A "CERTIFIED" copy of any and all records, files and documents on any investigation, arrests, charges or information on Jerry Wayne Roland.

| Place: This Subpoena maybe complied with by mailing documents to Phelps Dunbar Law Firm, Attention: Sally Barnett, P.O. Box 16114, Jackson MS 39236 | Date and Time: 6/14/13 9:00 a.m. |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 6/3/13

_CLERK OF COURT_

OR

_____   _____
_Signature of clerk or Deputy Clerk_         _Attorney Signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ **Defendants Humphreys County, MS, Sheriff J.D. Roseman, and Deputy Sam Dobbins**, who issues or requests this subpoena, are:

Jason T. Marsh; MB #102986; 4270 I-55 North; Jackson, MS 39211-6391; 601-352-2300; jason.marsh@phelps.com

PD.9726485.1

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (page 2)

Civil Action No. 4:12-cv-00099-GHD-DAS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title if any)* **F.B.I - Agent Norman Comeaux**
was received by me on *(date)* **6/3/2013** .

☑ I served the subpoena by delivering a copy to the named person as follows: **by "Certified" Mail with the U.S. Postal Service**
on *(date)* **6/3/2013** ; or

☐ I returned the subpoena unexecuted because: 

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ **0** .

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0** .

I declare under penalty of perjury that this information is true.

Date: **6/3/2013**

*Sally Barnett*
Server's signature

**Sally Barnett - Paralegal**
Printed name and title

**4270 I-55 N., Jackson MS 39211**
Server's address

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  Ahmad Johnson  C. Date of Delivery |
| 1. Article Addressed to:<br><br>F.B.I<br>Agent Norman Comeaux<br>1220 Echelon Parkway<br>Jackson MS 39213 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 3500 0002 3028 4899 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540