AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| JERRY WAYNE ROLAND | ) | |
| *Plaintiff* | ) | Civil Action No. 4:12-cv-00099-GHD-DAS |
| v. | ) | U.S. Northern District Court, Greenville Division |
| HUMPHREYS COUNTY, MISSISSIPPI, et al. | ) | (If the action is pending in another district, state where:) |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: BP Company—Human Resource Department/Legal Department     Phone: (281) 366-2000
501 Westlake Park Blvd., Houston TX 77079

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

A copy of any and all documents concerning the personnel records of Jerry Wayne Roland, including, but not limited to, all applications for employment, test results, dates of service, pay raises, salary, benefits, medical records, days absent/tardy, and reasons therefore, date of termination, reasons therefore, any correspondence and any and all other records, whether written, printed or typed, that are included in the personnel file.

| Place: Phelps Dunbar Law Firm, Attention: Sally Barnett, P.O. Box 16114, Jackson MS 39236-6114 | Date and Time: **Friday, June 14, 2013, 9:00 a.m. CST** |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Place:                                                                                      Date and Time:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 6/3/13

CLERK OF COURT                         OR

_____          _____
*Signature of clerk or Deputy Clerk*                              *Attorney Signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Defendants Humphreys County, Mississippi, Sheriff J.D. Roseman, and Deputy Sam Dobbins**, who issues or requests this subpoena, are:

Jason T. Marsh; MB #102986, Phelps Dunbar, LLP, 4270 I-55 North; Jackson, MS 39211; 601-352-2300; marshj@phelps.com

PD.9726517.1

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (page 2)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title if any)* __BP Company - HR Dept__
was received by me on *(date)* __6/3/2013__ .

☑ I served the subpoena by delivering a copy to the named person as follows: __hand-deliver by certified mail__ with U.S. Postal Service

on *(date)* __6/3/2013__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ __0__ .

My fees are $ __0__   for travel and $ __0__   for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: __6/3/2013__

__Sally Barnett__
*Server's signature*

Sally Barnett-Paralegal
*Printed name and title*

4270 I-55 North, Jackson MS 39211
*Server's address*

Additional information regarding attempted service, etc:

