AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 4:12cv00099-GHD-DAS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named individual as follows:

Hon Richard to Daniel McDaniel at my business

on *(date)* 7-29-13; or

☐ I returned the subpoena unexecuted because: _____

At 6:10 pm

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/30/2013

_____
Marty K Hardin
*Server's signature*

MARTY K HARDIN - PROCESS SERVER
*Printed name and title*

102 W Haydon St Brlzon, MS 39038
*Server's address*

Additional information regarding attempted service, etc:

7/30/2013

Notary Laverne Hampton
Expire: June 25, 2017

[Notary Seal: STATE OF MISSISSIPPI, LAVERNE HAMPTON, NOTARY PUBLIC, ID No. 105874, My Commission Expires June 25, 2017, HOLMES COUNTY]