IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JERRY WAYNE ROLAND**                                                          **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 4:12-cv-00099-GHD-DAS**

**HUMPHREYS COUNTY, MISSISSIPPI, et al.**                       **DEFENDANTS**

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(ii), that the above-entitled action, Civil Action No. 4:12-cv-00099-GHD-DAS, may be dismissed with prejudice as to the claims of Plaintiff Jerry Wayne Roland ("Plaintiff") against Defendants Humphreys County, Mississippi, Sheriff J.D. Roseman, individually and in his official capacity, and Deputy Sam Dobbins, individually and in his official capacity ("Defendants"), pursuant to the terms of a Release of Claims and Settlement Agreement executed between these parties, which Agreement includes full provisions for any and all claims of attorneys' fees and costs arising in this action.

Plaintiff further agrees that based on the foregoing Stipulation, the Court may enter an Order dismissing his claims against these Defendants with prejudice.

THIS, the 12th day of November, 2013.

                                                         Respectfully submitted,

                                                         /s/ Boyd P. Atkinson
                                                         Boyd P. Atkinson
                                                         ATTORNEY FOR PLAINTIFF

                                                         /s/ Jason T. Marsh
                                                         Gary E. Friedman
                                                         Jason T. Marsh
                                                         ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, JASON T. MARSH, do hereby certify that I have this day filed the foregoing *STIPULATION OF DISMISSAL* with the clerk of the court using the CM/ECF system which sent notification of such filing to the following counsel of record:

Boyd P. Atkinson
BOYD P. ATKINSON, P.A.
P.O. Box 427
Cleveland MS 38732-0427
(662) 843-9766
atkinsonboydp@bellsouth.net

*ATTORNEY FOR PLAINTIFF*

THIS, 12th day of November, 2013.

*/s/ Jason T. Marsh*
JASON T. MARSH